**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 17–21828–GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Donald M Turacy Jr.
3323 Hermar Court
Murrysville, PA 15668

Social Security No.:
xxx–xx–7408

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Corey J. Sacca | Ronda J. Winnecour |
| Bononi & Company | Suite 3250, USX Tower |
| 20 North Pennsylvania Ave. | 600 Grant Street |
| Greensburg, PA 15601 | Pittsburgh, PA 15219 |
| Telephone number: 724–832–2499 | Telephone number: 412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| August 14, 2017 | August 14, 2017 |
| 02:00 PM | 02:00 PM |
| 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 7/13/17

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21828-GLT
Donald M Turacy, Jr.                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1           Date Rcvd: Jul 13, 2017
                             Form ID: rsc13           Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db            +Donald M Turacy, Jr.,    3323 Hermar Court,    Murrysville, PA 15668-1602
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14413747      +Bur Acct Mgm,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6904
14413750      +Credit Protection Assoc,    Po Box 802068,    Dallas, TX 75380-2068
14413751      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14413754      +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918
14413755      +Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 14 2017 01:31:48      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
14413748      +E-mail/Text: Bk@c2cfsi.com Jul 14 2017 01:32:00       Coast to Coast Financial Solutions,
               Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14413749      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 14 2017 01:32:13
               Credit Collections Svc,    Po Box 773,    Needham, MA 02494-0918
14413753       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2017 01:39:53
               Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,    Norfolk, VA 23541
14413752      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 14 2017 01:25:07
               Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
                                                                                      TOTAL: 5


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, as trustee for the
                                                                            TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
          Corey J. Sacca    on behalf of Debtor Donald M Turacy, Jr. csacca@bononilaw.com,
           coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee for the
           holders of the Home Equity Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                            TOTAL: 5