FILED
8/21/17 1:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Turacy Jr._____ JAD/TPA/CMB/**GLT**

Case Number: __17-21828__

Date of Meeting: __8/14/17__    Recording # __18__

Debtor(s) present __✓__ or Not Present ___ ( __ No Payments Made or __✓__ partial payments)

Attorney for debtor(s) __Sacca_____ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __5/25/17__ Applicable commitment period __✓__ 3 yrs ___ 5 yrs

2015 + 2016 tax return not required

Has tentative employment offer starting 9/16.

__X__ Meeting HELD and CONCLUDED
_____ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
_____ Order to Show Cause Requested
_____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due: _____; Objections due: _____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__X__ Continued to:
    _____ 341 Meeting    OR    __X__ Conciliation Conf. OR _____ *Contested Hearing
On __10/19/17__ at __10:30 am/pm__ Location __3250__

_____
Chapter 13 Trustee/Attorney for Trustee