# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DONALD M TURACY
**Case Number:** 17-21828-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 19, 2017 10:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#13 - Continued Confirmation of Plan Dated 5/25/2017 (N)
R / M #:  13 / 0

### *Appearances:*

**Debtor:** Sacca
**Trustee:** Winnecour / Bedford / Pail / Katz
**Creditor:**

### *Proceedings:*

No payments in 6 months
Trustee moves for dismissal w/o prej.

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

FILED
2017 OCT 20 P 3: 38
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

10/13/2017  10:05:45AM