IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/22/17 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re:                                                    : Case No.: 17-21828-GLT
                                                          : Chapter: 13
Donald M Turacy, Jr.                                      :
                                                          :
                                                          : Date: 11/22/2017
        *Debtor(s)*.                              : Time: 11:00

## PROCEEDING MEMO

**MATTER:**   #29/30 - Chapter 13 Trustee's Oral Motion to Dismiss Case
              #32 - Response by Debtor

          # 13 - Confirmation of Plan Dated 5/25/2017 (N)

**APPEARANCES:**
    Debtor:    Corey J. Sacca
    Trustee:   Owen Katz

**NOTES:**

Sacca: Believes the Debtor will begin working on December 1, 2017 but has no confirmation from Durabond. If the Court dismisses the case, requests dismissal without prejudice.

**OUTCOME:**

1. The case is dismissed without prejudice. (DB to prepare).

**DATED:** 11/22/2017