**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Donald M Turacy Jr.** | : | Case No. 17−21828−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Issued Per 11/22/2017 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **22nd day of November, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-21828-GLT
Donald M Turacy, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 1              Date Rcvd: Nov 22, 2017
                              Form ID: 309            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db          +Donald M Turacy, Jr.,    3323 Hermar Court,    Murrysville, PA 15668-1602
14413747    +Bur Acct Mgm,    3607 Rosemont Ave Ste 50,    Camp Hill, PA 17011-6904
14413751    +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14660284    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
              Pittsburgh, PA 15233-1828
14676954     Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
              Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14413754    +Profess Acct,    633 W Wisconsin Av,    Milwaukee, WI 53203-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14413748         +E-mail/Text: Bk@c2cfsi.com Nov 23 2017 02:07:47      Coast to Coast Financial Solutions,
              Attn:Bankruptcy,    101 Hodencamp Rd Ste 120,    Thousand Oaks, CA 91360-5831
14413749         +EDI: CCS.COM Nov 23 2017 01:38:00      Credit Collections Svc,    Po Box 773,
              Needham, MA 02494-0918
14413750         +EDI: CREDPROT.COM Nov 23 2017 01:38:00      Credit Protection Assoc,    Po Box 802068,
              Dallas, TX 75380-2068
14705133          EDI: RESURGENT.COM Nov 23 2017 01:38:00      LVNV Funding, LLC its successors and assigns as,
              assignee of Citibank USA, N. A.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14413753          EDI: PRA.COM Nov 23 2017 01:38:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
              Norfolk, VA 23541
14413752         +EDI: RESURGENT.COM Nov 23 2017 01:38:00      Pinnacle Credit Service,    Attn: Bankruptcy,
              Po Box 640,    Hopkins, MN 55343-0640
14413755         +E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2017 02:09:14
              Select Portfolio Servicing,    Po Box 65250,    Salt Lake City, UT 84165-0250
14707684          E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2017 02:09:14
              U.S. Bank National Association,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
              Salt Lake City, UT 84165-0250
14694839         +E-mail/Text: bankruptcy@firstenergycorp.com Nov 23 2017 02:07:54      West Penn Power,
              5001 NASA Boulevard,    Fairmont, WV 26554-8248
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, as trustee for the
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Corey J. Sacca    on behalf of Debtor Donald M Turacy, Jr. csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee for the
               holders of the Home Equity Pass-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 5